Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

|  |
|---|
| Plaintiff,<br>Wilson Hunt International<br>v.<br>UNITED STATES,<br>Defendant. |

SUMMONS

07-121

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | 2720 (Los Angeles) | Date Protest Filed: | 07-18-06 |
|---|---|---|---|
| Protest Number: | 2720-06-100422 | Date Protest Denied: | 10-20-06 |
| Importer: | Wilson Hunt International | | |
| Category of Merchandise: | Sporting equipment: including all styles of football pants, football vests, baseball pants, & baseball undershirts. | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 385-1034237-1 | 03-30-05 | 02-10-06 | | | |
| ******A TOTAL OF 1 PORT LISTED ON THIS SUMMONS****** | | | | | |
| ******A TOTAL OF 1 PROTEST, 1 ENTRY LISTED ON THIS SUMMONS****** | | | | | |

Port Director,
U.S. Customs and Border Protection
11099 South La Cienega Blvd.
Los Angeles, CA 90045

Jessica Rifkin
Rodriguez O'Donnell Ross
Gonzalez & Williams, P.C.
8430 W. Bryn Mawr, Ste. 525
Chicago, IL 60631
(773) 314-5000

Address of Customs Port in
Which Protest was Denied

Name, Address and Telephone Number
of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Baseball Pants | 6114-30-3060 | 14.9% | 9506.99.2000 | FREE |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

4-10-07
*Date*